**SO ORDERED.**

**SIGNED this 02 day of November, 2010.**



_____
**JOHN T. LANEY, III**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| Irvin Parker, ) | |
| Margaret W. Parker, ) | |
| ) | Case No.:  08-40836-JTL |
|    Debtors ) | |
| U. S. Bank, N.A., ) | |
| ) | |
|      Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Irvin Parker, ) | |
| Margaret W. Parker, Debtors ) | |
| Kristin Hurst, Trustee ) | |
| ) | |
|     Respondents ) | |

<u>**ORDER ON MOTION FOR RELIEF FROM STAY**</u>

SUBJECT PROPERTY:   3203 Doyle Avenue, Columbus, Georgia

      The above matter is before the Court pursuant to the creditor's Motion for Relief from the Automatic Stay. Good cause having been shown, it is

FOUND that the Debtors are delinquent for the July, 2010 and subsequent post-petition mortgage payments. Monthly payments are $668.19 each and late charges are $26.73 each. Movant is holding in suspense $552.78. The post-petition arrearage through November, 2010, inclusive of four (4) late charges, is $2,895.09. Debtors having made an offer of adequate protection, which the Court finds to be reasonable under the circumstances, and good cause otherwise having been shown, it is

ORDERED that the creditor's motion is conditionally denied.

FURTHER ORDERED that the Debtors shall cure the post-petition arrearages in the following manner: Debtors are tendering an immediate payment in the amount of $2,084.76. Debtors shall pay the remaining arrearage of $810.33 by November 30, 2010.

FURTHER ORDERED that if the Debtors default in any of the payments to Movant, its successors and assigns, either as to arrearages or future mortgage payments, Movant's counsel may give written notice of such default to the Debtors, counsel for Debtors and the Chapter 13 Trustee. If the Debtors fail to cure such default within 15 days from the date of such written notice, counsel for Movant, its successors and assigns, may file his affidavit of such noncompliance and a proposed order vacating the automatic stay, and the court may enter an order vacating the automatic stay as to Movant, its successors and assigns, without the necessity of any further notice or hearing. This provision shall expire 6 months from the date hereof.

FURTHER ORDERED that Movant's attorneys are hereby awarded the sum of $550.00 for attorney's fees and expenses in prosecuting this motion, the same to be paid as an administrative priority claim through the Debtors' Chapter 13 plan. The Trustee is authorized to disburse the attorney's fees and expenses directly to Movant.

**END OF DOCUMENT**

ORDER PREPARED AND
SUBMITTED BY:

/s/ Ernest Kirk, II
Ernest Kirk, II
State Bar No. 423500
Denney, Pease, Allison & Kirk
P. O. Box 2648
Columbus, Georgia 31902-2648
(706) 324-3711

## **DISTRIBUTION LIST**

Irvin Parker
3203 Doyle Avenue
Columbus, Georgia  31907-6809

Margaret W. Parker
3203 Doyle Avenue
Columbus, Georgia  31907-6809

Brace W. Luquire, Esq.
P. O. Box 2684
Columbus, Georgia  31902

Ernest Kirk, II, Esq.
Denney, Pease, Allison & Kirk
P. O. Box 2648
Columbus, Georgia  31902-2648

Kristin Hurst, Esq.
Chapter 13 Trustee
P. O. Box 1907
Columbus, Georgia  31902

Sidney Gelernter
McCurdy & Candler, LLC
250 E. Ponce De Leon Avenue
Suite 600
Decatur, Georgia 30030